

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**GEORGIA M. PESTANA**
Acting Corporation Counsel

**JOSEPH ZANGRILLI**
*Senior Counsel*
Tel.: (212) 356-2657
Fax: (212) 356-3509
jzangril@law.nyc.gov

**MEMO ENDORSED**

July 2, 2021

**BY ECF**
Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Parties' request for an extension of time to submit pretrial submissions is granted. Pretrial submissions are due July 19, 2021, and oppositions are due August 2, 2021.
>
> It is SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: 07/02/2021
> New York, New York

Re: <u>Fletcher Quiller, v. Officer Daniel Nunez, Shield No. 18750,</u>
16-CV-3202 (ER)

Your Honor:

I am a Senior Counsel in the Office of Georgia M. Pestana, Acting Corporation Counsel of the City of New York and one of the attorneys assigned to the defense of the above-referenced matter. I write jointly on behalf of the parties to respectfully request a one-week extension, from July 12, 2021 to July 19, 2021, for the parties to file their pretrial submissions, The parties also respectfully request a corresponding extension for the parties to file their oppositions, from July 26, 2021 to August 2, 2021. This is the second request for an extension of the pretrial filing deadline.

The parties are presently engaged in settlement discussions in earnest and believe the extra week will provide the appropriate amount of time for the sides to explore settlement. The parties are cognizant of the Court's time and resources and do not wish to utilize any unnecessarily. As a result, the parties are requesting a one-week extension to file their pretrial submissions to July 19th.

Thank you for your consideration herein.

Respectfully submitted on behalf of the parties,

/s/
Joseph Zangrilli
*Senior Counsel*
Special Federal Litigation Division

cc: Anthony Ofodile, Esq.
*Attorney for Plaintiffs*